THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MERLE V. FULLER, Appellant.

Argued December 1, 1953; decided January 15, 1954.

*Lazarus I. Levine* for appellant.

*Julian B. Erway, District Attorney (Harold E. Koreman* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.